IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BRUCE WOODHAM<br>6213 HARD BARGAIN CIRCLE<br>INDIAN HEAD, MARYLAND 20640<br><br>and<br><br>MICHA WOODHAM<br>6213 HARD BARGAIN CIRCLE<br>INDIAN HEAD, MARYLAND 20640<br><br>    Plaintiffs,<br><br>v.<br><br>SUNTRUST BANK<br>303 PEACHTREE STREET, N.E.<br>ATLANTA, GEORGIA 30303<br><br>    Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: Case No. _____<br>: (Removed from the Circuit Court for<br>: Charles County, Case No. C-13-2024)<br>:<br>:<br>:<br>: |

## NOTICE OF REMOVAL

Defendant, SunTrust Bank ("SunTrust"), by and through its undersigned attorneys, Bradford S. Bernstein, Rachel A. Shapiro and Miles & Stockbridge P.C., gives notice to this Court, pursuant to 28 U.S.C. § 1441 et seq., that it is removing the above captioned case, Case Number C-13-2024, from the Circuit Court for Charles County, Maryland. In support of its action to remove, SunTrust states as follows:

1. On July 29, 2013, Plaintiffs, Bruce and Micha Woodham ("Mr. and Mrs. Woodham") filed an action against SunTrust in the Circuit Court for Charles County, Maryland. A copy of the Complaint (with all exhibits) is attached hereto as **Exhibit A**.

2. SunTrust was served with the Summons and Complaint on August 8, 2013.

3. In the Complaint, Mr. and Mrs. Woodham sought damages in the amount of Ninety Million Dollars ($90,000,000).

4. This Notice of Removal is being filed within thirty (30) days after service of the Complaint upon SunTrust and is timely filed under 28 U.S.C. § 1446(b).

5. A Notice of Filing a Notice of Removal has been filed with the Circuit Court for Charles County, Maryland contemporaneously herewith. A copy of that Notice is attached hereto as **Exhibit B**.

6. Mr. and Mrs. Woodham are individuals that reside in the State of Maryland.

7. SunTrust is a Georgia state chartered banking corporation with its principal place of business in the State of Georgia.

8. The amount in controversy exceeds the sum of Seventy-Five Thousand Dollars ($75,000.00) exclusive of interest and costs. In the Complaint, Mr. and Mrs. Woodham seek damages in the amount of Ninety Million Dollars.

9. There is complete diversity of citizenship among the parties and this Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1332.

10. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 103.5(a), true and legible copies of all process, pleadings, papers and orders which have been served upon SunTrust in this matter are attached hereto as **Exhibit C**.

11. Pursuant to Local Rule 103.5(a), within thirty (30) days of the filing of this Notice of Removal, SunTrust shall file true and legible copies of all other papers, if any, then on file in the State Court, together with a certification from counsel that all filings in the State Court Action have been filed in the United States District Court for the District of Maryland.

WHEREFORE, the Defendant, SunTrust Bank, respectfully requests that this action is properly removable and requests that this Court retain jurisdiction over the same.

Respectfully submitted,

/s/ Bradford S. Bernstein
Bradford S. Bernstein
Rachel A. Shapiro
Miles & Stockbridge P.C.
11 North Washington Street, Suite 700
Rockville, Maryland 20850
(301) 762-1600

*Attorneys for Defendant, SunTrust Bank*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of August, 2013, a copy of the foregoing was mailed, postage prepaid, to:

Anupa Mukhopadhay, Esquire
10665 Stanhaven Place, Suites 300A
White Plains, Maryland 20695

/s/ Bradford S. Bernstein
Bradford S. Bernstein